JEANNE DELAURENTIS, Appellant, v VITO F. DELAURENTIS, JR., Respondent.

Submitted July 28, 2008; decided October 16, 2008

Motion for the imposition of sanctions denied.

In the Matter of FIVECO, INC., Doing Business as MER'S, INC., Appellant, v BRUCE HABER, Respondent.

Submitted August 11, 2008; decided October 16, 2008

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 11 NY3d 140 (2008)].

JERICHO GROUP, LTD., Appellant, v MIDTOWN DEVELOPMENT, L.P., Respondent.

Submitted July 14, 2008; decided October 16, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

LEE N. KOEHLER, Appellant, v THE BANK OF BERMUDA LIMITED, Respondent.

Decided October 16, 2008

Certification of question by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.